```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN LOPEZ MAURICIO, *individually, and on behalf of all others similarly situated*,

                Plaintiff,

-against-

TIRAMISU RESTAURANT, LLC, et al.,

                Defendants.

22-cv-2500 (MKV)

ORDER

**MARY KAY VYSKOCIL**, United States District Judge:

        The Court is in receipt of letters from counsel [ECF Nos. 16, 18, 19] in response to the Court's Order To Show Cause dated May 24, 2022. The Court finds that it is not necessary or appropriate to impose sanctions at this time. Counsel and the parties are on notice that future failures to comply with court orders may result in sanctions, including monetary sanctions, preclusion of claims, defenses, and evidence, and dismissal of this action with prejudice for failure to prosecute.

        The Court is also in receipt of the parties' joint letter and proposed Case Management Plan [ECF Nos. 15, 17]. After carefully reviewing those submissions, the Court has concluded that a telephonic Initial Pretrial Conference is not necessary. Accordingly, the IPTC that was scheduled to take place on June 3, 2022 is adjourned *sine die*.

**SO ORDERED.**

Date: **June 2, 2022**
      New York, NY

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**